# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## RESPONSE TO NOTICE OF ORAL ARGUMENT

**Case Number:** 2021-1561

**Short Case Caption:** Fleming v. Cirrus Design Corporation

**Filing Party** Fleming

**Instructions.** No more than two counsel may argue per side and no more than one counsel may argue per party without leave of court. *See* Fed. Cir. R. 34(e). Each arguing counsel must complete and submit a separate form.

If a party intends to waive argument, please check the waiver box; do not indicate argument is for zero minutes. For non-waived argument, please complete the remainder of the form indicating for which parties counsel will argue and the amount of time counsel will argue. Rebuttal time is only allowed for Appellants and Cross-Appellants. Unless otherwise ordered, panel cases must not exceed 15 mins; en banc cases must not exceed 30 mins.

**Oral Argument Waiver:** ☐ The filing party intends to waive oral argument.

**For Non-Waived Argument, List All Parties Arguing on Behalf of:** (Attach additional pages if needed) Fleming

**Arguing Counsel Name:** Michael S. Dowler

**Phone:** 713-821-1540  **Argument Time:** 11  **Rebuttal Time:** 04

☐ Arguing counsel is dividing time with counsel for another party or set of parties (additional counsel must file a separate Response).

I acknowledge that (1) oral argument is scheduled as stated in the court's notice and may proceed even if I have waived argument, *see* Fed. R. App. P. 34(e)–(f); (2) arguing counsel can only change through filing an amended version of this form; and (3) counsel who have not entered appearances in the case and are not listed on this form cannot present oral argument.

Date: December 3, 2021

Signature: /s/ Michael S. Dowler

Name: Michael S. Dowler